IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRANDI COLEMAN, et al,                                              PLAINTIFFS

V.                             3:21CV00115 JM

WALMART INC.                                                         DEFENDANT

### ORDER

The clerk is directed to reassign this case to Judge D.P. Marshall Jr. because he is presiding over a related case, *Wilson v. Walmart*, Case No. 3:21-CV-82-DPM.

IT IS SO ORDERED this 15th day of July, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE