# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRANDI COLEMAN; TIFFANY NEAL;
FELICIA DYKES; DOMINICK GROSSI;
GALENA GUTIERREZ; ANTHONY
HARRISON; VITO SCAROLA; MELISSA
DINOVI; and BAYLEE SCHAEFER                                    PLAINTIFFS

v.                       No. 3:21-cv-115-DPM

WALMART, INC.                                                  DEFENDANT

## ORDER

The Court has received the attached letter from counsel. Motion granted. All deadlines in this case are stayed, too. All substantive communications with the Court should be filed on the docket to complete our record.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 July 2021

## Quattlebaum, Grooms & Tull
A PROFESSIONAL LIMITED LIABILITY COMPANY
111 Center Street
Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700

Steven W. Quattlebaum
quattlebaum@qgtlaw.com

Direct Dial
501-379-1707
Direct Fax
501-379-1701

July 21, 2021

Chambers of Chief Judge Marshall, Jr.　　　　　　　　　　*Via* **U.S. Mail and Electronic Mail**
U.S. District Court for the Eastern District of Arkansas
Northern Division
600 West Capitol – Room B155
Little Rock, Arkansas 72201-3325

　　　　Re:　Brandi Coleman, et al. v. Walmart, Inc., Case No. 3:21-cv-00115-JM

Dear Chief Judge Marshall, Jr.:

　　　I write on behalf of the parties ("Parties") in the above-captioned action ("Coleman") regarding the status of Walmart Inc.'s deadline to respond to the complaint and the deadline for plaintiffs to amend their complaint (the "Coleman Deadlines").

　　　As this Court is aware, on July 9, 2021, the Parties, along with plaintiffs in the related case, captioned *Teresa Wilson, et al. v. Walmart, Inc.*, Case No. 3:21-cv-00082-DPM ("Wilson"), filed the Joint Motion for Order Consolidating Related Cases and Scheduling (1) Appointment of Interim Class Counsel, (2) Consolidated Complaint Filing, and (3) Briefing any Response Motion by Defendant to the Consolidated Complaint [ECF No. 24] ("Consolidation Motion"). Pending the Court's consideration of the Consolidation Motion, on July 16, 2021, the Court entered an order [ECF No. 25] staying the Wilson plaintiffs' deadlines to respond to Walmart Inc's Motion to Dismiss Plaintiffs' Complaint [ECF No. 18], and to amend their complaint. Given the pending Consolidation Motion and the possibility of an amended consolidated complaint that would moot the separately filed Coleman complaint, the Parties respectfully request a similar stay be entered as to the Coleman Deadlines.

　　　Please let us know if the Court has any questions or needs additional information.

　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　**QUATTLEBAUM, GROOMS & TULL PLLC**

　　　　　　　　　　　　　　　　　　　*Steve Quattlebaum*
　　　　　　　　　　　　　　　　　　　Steven W. Quattlebaum

Chambers of Chief Judge Marshall, Jr.
July 21, 2021
Page: 2

SWQ/tsr

cc:    Hank Bates, Esq. (*via* U.S. mail and electronic mail)
       Tiffany Wyatt Oldham, Esq. (*via* U.S. mail and electronic mail)
       Steven L. Bloch, Esq. (*via* U.S. mail and electronic mail)
       Ian W. Sloss, Esq. (*via* U.S. mail and electronic mail)
       Joseph P. Guglielmo, Esq. (*via* U.S. mail and electronic mail)
       Erin G. Comite, Esq. (*via* U.S. mail and electronic mail)
       Timothy J. Peter, Esq. (*via* U.S. mail and electronic mail)