## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRANDI COLEMAN; TIFFANY NEAL;
FELICIA DYKES; DOMINICK GROSSI;
GALENA GUTIERREZ; ANTHONY
HARRISON; VITO SCAROLA;
MELISSA DINOVI; and BAYLEE
SCHAEFER**                                                    **PLAINTIFFS**

**v.**                          **No. 3:21-cv-115-DPM**

**WALMART INC.**                                              **DEFENDANT**

### JUDGMENT

All of the plaintiffs' remaining claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2026